THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAAC RIVERA, Appellant. [8 NYS3d 138]—

Judgment, Supreme Court, New York County (Carol Berkman, J., at suppression hearing; Laura A. Ward, J., at plea; Melissa C. Jackson, J., at sentencing), rendered February 4, 2013, as amended March 4, 2013, convicting defendant of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to a term of four years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations. The odor of marijuana provided probable cause to ar-

rest defendant and search his car (*see People v Robinson*, 103 AD3d 421, 421-422 [1st Dept 2013], *lv denied* 20 NY3d 1103 [2013]). The search of the area under the car's center console came within the proper scope of a search pursuant to the automobile exception (*see People v Langen*, 60 NY2d 170, 180-182 [1983], *cert denied* 465 US 1028 [1984]), and was particularly reasonable in light of the officer's observation that the console appeared to have been altered to create a hiding place for drugs. Concur—Gonzalez, P.J., Mazzarelli, Renwick and Gische, JJ.